No. 555. JORDÁN ET AL. *v.* BUSIGÓ.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided May 9, 1910. Appeal dismissed, the appellant having failed to present the statement of facts and transcript of the record. *Messrs. William J. Santos* and *José G. Torres* for petitioner. *Mr. Juan Quintero* for respondent.

No. 31. EX PARTE ROSADO.—Application for a writ of. *habeas corpus* presented to Mr. Justice Figueras. Decided May 10, 1910. Application denied. The petitioner appeared in his own behalf.

No. 572. ESTATE OF DÍAZ *v.* ESTATE OF DÍAZ.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided May 11, 1910. Motion denied. *Mr. Antonio Sarmiento* for petitioner. *Mr. Rafael López Landrón* for respondent.

No. 242. THE PEOPLE *v.* MÁRQUEZ ET AL.—Appeal from the District Court of Mayagüez. Decided May 13, 1910. Judgment affirmed. *Mr William J. Santos* for appellants. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 477. CERAME *v.* SOLLA ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal because the notice thereof was not entered in time at the office of the secretary. Decided May 16, 1910. Appeal dismissed. *Messrs. Antonio Alvarez Nava* and *José Hernández Usera* for petitioner. *Messrs. Francisco Socorro* and *Jacinto Texidor* for respondent.